**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARK RICHARD WALTERS,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-22-CV-00035-KC-ATB** |
| | § | |
| **LASALLE CORRECTIONS, JOHN DOE** | § | |
| **1, JOHN DOE 2, JOHN DOE 3, R.N.** | § | |
| **VICTOR DURAN, and LVN LOPEZ,** | § | |
|     **Defendants.** | § | |

## ORDER GRANTING APPLICATION
## TO PROCEED *IN FORMA PAUPERIS*

On this day, the Court considered Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs" filed by Plaintiff Mark Richard Walters on January 25, 2022. (ECF No. 1). The case was assigned to United States District Judge Kathleen Cardone and referred to this Court pursuant to the "Standing Referral Order Re: Prisoner and Immigration Detainee Civil Rights Cases" dated April 4, 2016. After due consideration, the Court is of the opinion that Plaintiff's application should be **GRANTED**.

Accordingly, the Court enters the following **ORDERS:**

1. The Court **GRANTS** Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 1).

2. The Court **ORDERS** the District Clerk to file Plaintiff's civil complaint (ECF No. 1-1), without prepaying costs or fees.

3. The Court **FURTHER DIRECTS** Plaintiff to pay the balance of the fees in periodic installments. Plaintiff shall make payments of twenty percent (20%) of the preceding month's income credited to his account, provided the account exceeds $10.00, until he has paid the total fees of $350.00. The agency having custody of Plaintiff shall collect this amount from Plaintiff's account, when funds are available and when permitted by 28 U.S.C. § 1915(b)(2), and forward it to the Clerk of the District Court.

4. The Court **ALSO DIRECTS** the Clerk of the District Court to mail a copy of this order to the accounting office or other person(s) or entity with responsibility for collecting and

remitting to the District Court interim filing payments on behalf of prisoners, as designated by the facility in which Plaintiff is currently or subsequently confined.  Plaintiff is currently confined at West Texas Detention Center.

5.  The District Clerk shall furnish the United States Marshal with copies of the Complaint, the Summons, and the Order granting leave to proceed *in forma pauperis*, and the Marshal shall **SERVE** the same upon all Defendants.  All costs of service shall be advanced by the United States.

**SIGNED** and **ENTERED** this 2nd day of February, 2022.

_____
**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**

2