**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MARK RICHARD WALTERS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-22-CV-00035-KC-ATB** |
| | § | |
| **LASALLE CORRECTIONS, JOHN DOE** | § | |
| **1, JOHN DOE 2, JOHN DOE 3, R.N.** | § | |
| **VICTOR DURAN, and LVN LOPEZ,** | § | |
| **Defendants.** | § | |

## ORDER

On this day, the Court considered Defendants LaSalle Corrections V, LLC, Victor Duran, and LVN Lopez's (collectively "Defendants") "Amended and Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint." (ECF No. 21). Therein, Defendants "request an extension of time to file an answer or otherwise respond to Plaintiff's Complaint until on or before April 1, 2022." (*Id.* at p. 5). Defendants provide various reasons for the need to extend the deadline, notably that "staff in the undersigned's offices [including Defendants' counsel] are still currently under quarantine due to active COVID-19 exposures in the building" and that Defendants' counsel recently received and needs time to review records pertaining to "Plaintiff's classification, medical, and grievance records." (*Id.* at p. 3-4). Further, Defendants note that they have conferred with Plaintiff and that Plaintiff is unopposed to the extension of time. *See* (*id.* at p. 6).

Defendants' counsel also raises issues regarding the summonses delivered by the United States Marshals to Warden Sheppard at the West Texas Detention Facility regarding John Does 1-3. (ECF No. 21, p. 3). Defendants' counsel correctly notes that the docket text shows a deadline of March 17, 2022, for John Does 1-3 to respond to Plaintiff's Complaint. *See* (ECF No. 17) (text

entry).  The Court notes that none of the John Does in this case have been identified and that no attorney has filed a notice of attorney appearance on their behalf.  Therefore, the Court finds that no responsive pleading deadline can be set at this time for John Doe 1, John Doe 2, and John Doe 3.

Accordingly, the Court **HEREBY ORDERS** that Defendants' "Amended and Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint" (ECF No. 21) be **GRANTED**.  Defendants LaSalle Corrections V, LLC, Victor Duran, and LVN Lopez **SHALL FILE** their answer or otherwise respond to Plaintiff's Complaint **on or before April 1, 2022**.

The Court **FURTHER ORDERS** that the District Clerk **TERMINATE** any answer deadlines regarding John Doe 1, John Doe 2, and John Doe 3.

**SIGNED** and **ENTERED** this 2nd day of March, 2022.

_____
**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**