# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **MARK RICHARD WALTERS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-22-CV-00035-KC-ATB** |
| | § | |
| **LASALLE CORRECTIONS, JOHN DOE** | § | |
| **1, JOHN DOE 2, JOHN DOE 3, R.N.** | § | |
| **VICTOR DURAN, and LVN LOPEZ,** | § | |
| **Defendants.** | § | |

## ORDER

On this day, the Court considered "Plaintiff's Opposed Motion for an Extension of Time to Response [sic] to Defendant's [sic] Motion to Dismiss" ("Motion"), filed by Plaintiff Mark Richard Walters on April 8, 2022. (ECF No. 27). Therein, Plaintiff requests "an additional 40 days to file his response . . . up to and including May 31, 2022." (*Id.* at p. 3). Plaintiff requests an extension "[d]ue to . . . having no legal resources and very limited time to attempt meaningful [legal] research, and draft and type his response to Defendants' motion." (*Id.* at p. 3).

Further, the Court notes that "Plaintiff requested that the detention center's legal department email defense counsel to ask his position on this motion [but] Plaintiff . . . received no response." (*Id.* at p. 1 n.1). On April 18, 2022, Defendants filed their "Defendants' Response to Plaintiff's Motion for Extension of Time to File Response to Motion to Dismiss Plaintiff's Complaint." (ECF no. 28). Therein, Defendants note that they conferred with Plaintiff on April 8, 2022, and assert that they "do not oppose a 30-day extension for Plaintiff to file a response to Defendants' motion to dismiss," but believed that "40 days seemed a bit excessive." (*Id.* at p. 1-2). However, Defendants recognized that "the number of additional days would ultimately be determined by the Court." (*Id.* at p. 1).

Accordingly, the Court **HEREBY ORDERS** that "Plaintiff's Opposed Motion for an Extension of Time to Response [sic] to Defendant's [sic] Motion to Dismiss" (ECF No. 27) be **GRANTED**. The Court **FURTHER ORDERS** that Plaintiff Mark Richard Walters **SHALL FILE** his Response to Defendants' Motion to Dismiss **on or before June 1, 2022**.

**SIGNED** and **ENTERED** this 19th day of April, 2022.

**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**

2