## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **MARK RICHARD WALTERS,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-22-CV-35-KC** |
| | § | |
| **LASALLE CORRECTIONS, JOHN DOE** | § | |
| **1, JOHN DOE 2, JOHN DOE 3, R.N.** | § | |
| **VICTOR DURAN, and LVN LOPEZ,** | § | |
|     **Defendants.** | § | |

## ORDER

Mark Richard Walters moves for an additional 21 days to file his objections to the Report

and Recommendation of the Magistrate Judge. Pl.'s Mot., ECF No. 51. After due consideration, **IT**

**IS ORDERED** that Walters' motion is **GRANTED**. Walters shall have until Monday, August 8,

2022, to file his objections.

    **SIGNED this 15th day of July, 2022.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE