**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARK RICHARD WALTERS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-22-CV-35-KC** |
| | § | |
| **LASALLE CORRECTIONS, JOHN DOE** | § | |
| **1, JOHN DOE 2, JOHN DOE 3, R.N.** | § | |
| **VICTOR DURAN, and LVN LOPEZ,** | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

In accordance with the Order Accepting the Report and Recommendation of the

Magistrate Judge, Granting Defendants' Motion to Dismiss, and Dismissing Plaintiff's Complaint

signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil

Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff Mark Richard Walters Complaint (ECF No. 3) is

**DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED**.

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

**SIGNED** 28th day of July, 2022.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE